# IN THE SUPREME COURT OF THE STATE OF NEVADA

VICTORIA-JOY GODWIN,
                Appellant,
vs.
JUSTICE COURT OF CLARK COUNTY;
SENIOR GARDEN APARTMENTS;
AND RUSSELL N. RICCIARDELLI,
                Respondents.

No. 75241

**FILED**

MAR 2 2 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from district court minute orders denying injunctive relief and granting summary judgment. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Our preliminary review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal was prematurely filed, before the entry of a final written judgment. *See* NRAP 4(a)(1); *Rust v. Clark Cty. Sch. Dist.*, 103 Nev. 686, 747 P.2d 1380 (1987) (explaining that the district court's oral pronouncement from the bench, the clerk's minute order, and even an unfiled written order cannot be appealed). Accordingly, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ *Cherry*, J.
Cherry

_____ J.
Parraguirre

_____ *Stiglich*, J.
Stiglich

cc:    Hon. Adriana Escobar, District Judge
       Victoria-Joy Godwin
       Attorney General/Carson City
       Edward D. Kania
       Eighth District Court Clerk